# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ADELA BAI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TCP INTERNATIONAL HOLDINGS LTD., KAREL ROBERT DEN DAAS, ELLIS YAN, and BRIAN CATLETT,<br><br>Defendants. | Civil Action No. 1:16-cv-00102-DCN<br><br><u>CLASS ACTION</u><br><br>Judge Donald C. Nugent |

## **MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to N.D. Ohio Civ. R. 83.5(h), Katherine Connor Ferguson ("Ferguson") hereby moves the court to admit Lesley F. Portnoy *pro hac vice* to appear and participate as counsel in this case for Lead Plaintiff Movant Hai Ngo.

Ferguson represents that Lesley F. Portnoy is a member in good standing of the highest court of California and of New York, as attested by the accompanying affidavit made by Lesley F. Portnoy. This Motion is accompanied by the required $120.00 fee.

Lesley F. Portnoy understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion.

Lesley F. Portnoy's relevant identifying information is as follows:

Lesley F. Portnoy
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: lportnoy@glancylaw.com

                                                Respectfully submitted,

Dated: January 22, 2016              KOOPERMAN GILLESPIE MENTEL LTD.

                                                By: *s/ Katherine Connor Ferguson*
                                                Katherine Connor Ferguson
                                                Catherine A. Jopling
                                                100 S. 4th Street, Suite 100
                                                Columbus, OH 43215
                                                Telephone: (614) 344-4840
                                                Email: kferguson@kgmlaw.com
                                                Email: cjopling@kgmlaw.com

                                                GLANCY PRONGAY & MURRAY LLP
                                                Lesley F. Portnoy
                                                1925 Century Park East, Suite 2100
                                                Los Angeles, CA 90067
                                                Telephone: 310-201-9150
                                                Facsimile: 310-201-9160
                                                Email: lportnoy@glancylaw.com

                                                *Counsel for Lead Plaintiff Movant Hai Ngo*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Admit *Pro Hac Vice* was served via the Court's electronic filing system on this 22nd day of January, 2016 to the following counsel:

| | |
|---|---|
| Daniel R. Warren<br>**BAKER & HOSTETLER**<br>2000 Key Tower<br>127 Public Square<br>Cleveland, OH 44114-1214<br>216-861-7145<br>Fax: 216-696-0740<br>Email: dwarren@bakerlaw.com | Daniel Melech Meier<br>**BENESCH, FRIEDLANDER, COPLAN & ARONOFF**<br>3rd Floor<br>411 Hackensack Avenue<br>Hackensack, NJ 07601<br>646-798-8901<br>Fax: 646-798-8902 |
| Giyoung Song<br>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM**<br>Four Times Square<br>New York, NY 10036<br>212-735-2564<br>Fax: 917-777-2564<br><br>*Counsel for Defendants TCP International Holdings Ltd., Karel Robert Den Daas and Brian Catlett* | Judy L. Woods<br>**BENESCH, FRIEDLANDER, COPLAN & ARONOFF**<br>Ste. 2300<br>One American Square<br>Indianapolis, IN 46282<br>317-632-3232<br>Fax: 317-632-2962<br>Email: jwoods@beneschlaw.com<br><br>*Counsel for Defendant Ellis Yan* |

*s/ Katherine C. Ferguson*
Katherine C. Ferguson (0037150)