UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
(AT CLEVELAND)

| | |
|---|---|
| ADELA BAI, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>              v.<br><br>TCP INTERNATIONAL HOLDINGS LTD., KAREL ROBERT DEN DAAS, ELLIS YAN, and BRIAN CATLETT,<br><br>              Defendants. | Case No. 16-cv-102 (DCN) (NAV)<br><br>CLASS ACTION |

## MOTION FOR ADMISSION *PRO HAC VICE*

      Pursuant to Local Rule 83.5(h) and the attached Affidavit and Certificate of Good Standing, Richard S. Wayne, moves this Court for admission *pro hac vice* of Adam M. Apton, Levi & Korsinsky, LLP, 1101 30th Street, N.W., Suite 115, Washington, DC 20007 to represent plaintiff, Adela Bai in this matter.

Dated:  January 29, 2016

                                                                     Respectfully submitted,

                                                                      /s/ Richard S. Wayne
                                                                      Richard S. Wayne (0022390)
                                                                      Thomas P. Glass (0062382)
                                                                      STRAUSS TROY
                                                                      The Federal Reserve Building
                                                                      150 East Fourth Street
                                                                      Cincinnati, OH  45202-4018
                                                                      (513) 621-2120 – Telephone
                                                                      (513) 629-9426 – Facsimile
                                                                      E-mail: rswayne@strausstroy.com
                                                                      E-mail: tpglass@strausstroy.com

                                                                      *Counsel for Plaintiff, Adela Bai*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been filed electronically with the U.S. District Court this 29th day of January, 2016. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. If a party is not given notice electronically through the Court's system a copy will be served by ordinary United States mail, first class postage prepaid, this 29th day of January, 2016.

      /s/ Richard S. Wayne
      Richard S. Wayne (0022390)

4309989_1.docx