UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
(AT CLEVELAND)

| | |
|---|---|
| ADELA BAI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TCP INTERNATIONAL HOLDINGS LTD., KAREL ROBERT DEN DAAS, ELLIS YAN, and BRIAN CATLETT,<br><br>Defendants. | Case No. 16-cv-102 (DCN) (NAV)<br><br>CLASS ACTION |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5(h) and the attached Certification and Certificate of Good Standing, Richard S. Wayne, moves this Court for admission *pro hac vice* of J. Alexander Hood, Pomerantz LLP, 600 Third Avenue, 20th Floor, New York, New York 10016 to represent plaintiff, Adela Bai in this matter.

Dated:  February 11, 2016

Respectfully submitted,

/s/ Richard S. Wayne
Richard S. Wayne (0022390)
Thomas P. Glass (0062382)
STRAUSS TROY
The Federal Reserve Building
150 East Fourth Street
Cincinnati, OH  45202-4018
(513) 621-2120 – Telephone
(513) 629-9426 – Facsimile
E-mail: rswayne@strausstroy.com
E-mail: tpglass@strausstroy.com

*Counsel for Plaintiff, Adela Bai*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been filed electronically with the U.S. District Court this 11th day of February, 2016. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. If a party is not given notice electronically through the Court's system a copy will be served by ordinary United States mail, first class postage prepaid, this 11th day of February, 2016.

                                          /s/ Richard S. Wayne
                                          Richard S. Wayne (0022390)

109372.001.4324130_1.docx