UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
(AT CLEVELAND)

| | |
|---|---|
| ADELA BAI, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TCP INTERNATIONAL HOLDINGS LTD., KAREL ROBERT DEN DAAS, ELLIS YAN, and BRIAN CATLETT,<br><br>　　　　　Defendants. | Case No. 16-cv-102 (DCN) (NAV)<br><br>CLASS ACTION |

## MOTION FOR ADMISSION *PRO HAC VICE*

　　Pursuant to Local Rule 83.5(h) and the attached Certification and Certificate of Good Standing, Richard S. Wayne, moves this Court for admission *pro hac vice* of Patrick Dahlstrom, Pomerantz LLP, 10 South LaSalle Street, Suite 3505, Chicago, Illinois 60603 to represent plaintiff, Adela Bai in this matter.

Dated:　March 1, 2016

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Richard S. Wayne
　　　　　　　　　　　　　　　　　　　Richard S. Wayne (0022390)
　　　　　　　　　　　　　　　　　　　Thomas P. Glass (0062382)
　　　　　　　　　　　　　　　　　　　STRAUSS TROY
　　　　　　　　　　　　　　　　　　　The Federal Reserve Building
　　　　　　　　　　　　　　　　　　　150 East Fourth Street
　　　　　　　　　　　　　　　　　　　Cincinnati, OH  45202-4018
　　　　　　　　　　　　　　　　　　　(513) 621-2120 – Telephone
　　　　　　　　　　　　　　　　　　　(513) 629-9426 – Facsimile
　　　　　　　　　　　　　　　　　　　E-mail: rswayne@strausstroy.com
　　　　　　　　　　　　　　　　　　　E-mail: tpglass@strausstroy.com

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff, Adela Bai*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been filed electronically with the U.S. District Court this 1st day of March, 2016. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. If a party is not given notice electronically through the Court's system a copy will be served by ordinary United States mail, first class postage prepaid, this 1st day of March, 2016.

    /s/ Richard S. Wayne
    Richard S. Wayne (0022390)

109372.001.4341532_1.docx