# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ADELA BAI, Individually and on Behalf of All Others Similarly Situated, | ) Civil Action No. 1:16-cv-00102-DCN |
| Plaintiff, | ) <u>CLASS ACTION</u> |
| v. | ) Judge Donald C. Nugent |
| TCP INTERNATIONAL HOLDINGS LTD., KAREL ROBERT DEN DAAS, ELLIS YAN, and BRIAN CATLETT, | ) |
| Defendants. | ) |

## <u>MOTION FOR ADMISSION *PRO HAC VICE*</u>

Pursuant to N.D. Ohio Civ. R. 83.5(h), Katherine Connor Ferguson ("Ferguson") hereby moves the court to admit Casey E. Sadler *pro hac vice* to appear and participate as counsel in this case for Lead Plaintiff Movant Hai Ngo.

Ferguson represents that Casey E. Sadler is a member in good standing of the highest court of California, as attested by the accompanying affidavit made by Casey E. Sadler. This Motion is accompanied by the required $120.00 fee.

Casey E. Sadler understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion.

Casey E. Sadler's relevant identifying information is as follows:

Casey E. Sadler
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: csadler@glancylaw.com

                                          Respectfully submitted,

Dated:  March 10, 2016                KOOPERMAN GILLESPIE MENTEL LTD.

                                        By:  *s/ Katherine C. Ferguson*
                                        Katherine C. Ferguson
                                        Catherine A. Jopling
                                        100 S. 4th Street, Suite 100
                                        Columbus, OH 43215
                                        Telephone: (614) 344-4840
                                        Email: kferguson@kgmlaw.com

                                        GLANCY PRONGAY & MURRAY LLP
                                        Casey E. Sadler
                                        Lesley F. Portnoy
                                        1925 Century Park East, Suite 2100
                                        Los Angeles, CA 90067
                                        Telephone: 310-201-9150
                                        Facsimile: 310-201-9160
                                        Email: csadler@glancylaw.com

                                        *Counsel for Lead Plaintiff Movant Hai Ngo*


## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing has been filed electronically with the U.S. District Court this 10th day of March, 2016. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. If a party is not given notice electronically through the Court's system a copy will be served by ordinary United States mail, first class postage prepaid, this 10th day of March, 2016.


                                        *s/ Katherine C. Ferguson*
                                        Katherine C. Ferguson