UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
(AT CLEVELAND)

| | |
|---|---|
| ADELA BAI, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>TCP INTERNATIONAL HOLDINGS LTD., KAREL ROBERT DEN DAAS, ELLIS YAN, and BRIAN CATLETT,<br><br>        Defendants. | Case No. 16-cv-102 (DCN) (NAV)<br><br>CLASS ACTION |

## MOTION FOR ADMISSION *PRO HAC VICE*

      Pursuant to Local Rule 83.5(h) and the attached Certification and Certificate of Good Standing, Richard S. Wayne, moves this Court for admission *pro hac vice* of Omar Jafri, Pomerantz LLP, 10 South LaSalle Street, Suite 3505, Chicago, Illinois 60603 to represent plaintiff, Adela Bai in this matter.

Dated: July 29, 2016

                                              Respectfully submitted,

                                              /s/ Richard S. Wayne
                                              Richard S. Wayne (0022390)
                                              Thomas P. Glass (0062382)
                                              STRAUSS TROY
                                              The Federal Reserve Building
                                              150 East Fourth Street
                                              Cincinnati, OH 45202-4018
                                              (513) 621-2120 – Telephone
                                              (513) 629-9426 – Facsimile
                                              E-mail: rswayne@strausstroy.com
                                              E-mail: tpglass@strausstroy.com

                                              *Counsel for Plaintiff, Adela Bai*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been filed electronically with the U.S. District Court this 29th day of July, 2016. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. If a party is not given notice electronically through the Court's system a copy will be served by ordinary United States mail, first class postage prepaid, this 29th day of July, 2016.

      /s/ Richard S. Wayne
      Richard S. Wayne (0022390)

109372.001.4506784_1.docx