UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DISTRICT

| | |
|---|---|
| ADELA BAI, on behalf of itself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TCP INTERNATIONAL HOLDINGS LTD., KAREL ROBERT DEN DAAS, ELLIS YAN, and BRIAN CATLETT,<br><br>　　　　　　　Defendants. | Case No. 1: 16-cv-00102<br><br>Judge Donald C. Nugent |

### NOTICE OF CO-LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

TO: All Counsel of Record

　　PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 23(e) and 23(h) and this Court's Order Preliminarily Approving the Settlement, Directing the Issuance of Notice, and Scheduling a Final Approval Hearing dated July 28, 2017 and upon (i) the Joint Declaration of Leigh Handelman Smollar and Adam M. Apton in Support of: (A) Motion for An Order Granting Final Approval of Class Action Settlement and Directing Dissemination of Notice to the Class and (B) Motion in Support of Attorneys' Fees, Reimbursement of Expenses and Reimbursement Award to Lead Plaintiffs; (ii) the Declarations of Leigh Handelman Smollar, Adam M. Apton, Sarah Evans, Michael Rivkind, Adela Bai, and Roland Willis; (iii) the Memorandum of Law in Support of Co-Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; and (iv) all other papers and proceedings herein, Co-

Lead Counsel will and hereby do move this Court, before the Honorable Donald C. Nugent, on February 1, 2018 at 10:00 a.m., at the United States District Court for the Northern District of Ohio, United States Courthouse, Carl B. Stokes United States Court House, 801 West Superior Avenue, Courtroom 15A, Cleveland, Ohio, or at such other location and time as set by the Court, for entry of an Order awarding attorneys' fees and reimbursement of Litigation Expenses.

Dated: December 22, 2017

Respectfully submitted,

s/ Adam M. Apton
Nicholas I. Porritt
Adam M. Apton
Levi & Korsinsky LLP
1101 30th Street N.W., Suite 115
Washington, D.C. 20003
Telephone: (202) 524-4290

Leigh Handelman Smollar
Patrick v. Dahlstrom
Omar Jafri
POMERANTZ LLP
10 South LaSalle Street, Ste. 3505
Chicago, IL 60603
(312) 377-1181

*Counsel for Lead Plaintiff TCP International Investor Group and Co-Lead Counsel for the Class*