# EXHIBIT "B"

**Levi & Korsinsky, LLP**

**Hours and Amount by Current Rate**

**TCP International Holdings, Ltd.**

| Name and Title | Hours | Hourly Rate | Lodestar |
|---|---|---|---|
| Nicholas I. Porritt (Partner) | 1.00 | $925 | $925 |
| Adam M. Apton (Senior Associate) | 67.00 | $575-$635 | $41,562.50 |
| Alexander A. Krot (Associate) | 10.10 | $435-$475 | $4,443.50 |
| Adam C. McCall (Associate) | 37.75 | $455 | $17,176.25 |
| Cecille Cargill (Associate) | 3.00 | $495 | $1,485.00 |
| Michael Ershowsky (Associate) | 0.10 | $455 | $45.50 |
| Michelle Gruesbeck (Associate) | 57.00 | $455 | $25,935.00 |
| Paralegals | 13.50 | $265 | $3,577.50 |
| *Total* | *189.45* | | *$95,150.25* |