# EXHIBIT "B"

| 12/14/2017 | Pomerantz LLP<br>Hours and Amount by Current Rate<br>From 1/1/1995 to 12/14/2017 | | | Page 1 of 1 |

**TCP International Holdings, Ltd.**

| ATTORNEY | STATUS | CURRENT RATE | HOURS | CURRENT TOTAL |
|---|---|---|---|---|
| Bruckner, Gustavo F. | Partner | $820.00 | 0.30 | $246.00 |
| Dahlstrom, Patrick V. | Partner | $980.00 | 38.25 | $37,485.00 |
| Ludwig, Louis C. | Associate | $550.00 | 14.80 | $8,140.00 |
| Smollar, Leigh H. | Partner | $805.00 | 173.55 | $139,707.75 |
| Pafiti, Jennifer | Partner | $600.00 | 0.25 | $150.00 |
| Hood, Alex | Associate | $410.00 | 25.25 | $10,352.50 |
| Jafri, Omar | Associate | $550.00 | 108.75 | $59,812.50 |
| | ATTORNEY TOTAL | | 361.15 | $255,893.75 |

| PARALEGAL AND LEGAL ASSISTANTS | STATUS | CURRENT RATE | HOURS | CURRENT TOTAL |
|---|---|---|---|---|
| Lo, Jack | Paralegal | $305.00 | 2.50 | $762.50 |
| | PARALEGAL AND LEGAL ASSISTANTS TOTAL | | 2.50 | $762.50 |
| | FIRM'S TOTAL | | 363.65 | $256,656.25 |