# EXHIBIT "C"

# Bai v. TCP Int'l

## POMERANTZ LLP

### Expenses form

| | |
|---|---|
| Filing Fees | $ 130.00 |
| Press Release and Newswires | $ 1,105.61 |
| Mediation Fees | $ 2,500.00 |
| Telephone & Facsimile, Postage, Courier | $ 34.27 |
| Computer and Other Online Research and Documents | $ 39.14 |
| Experts Consulting Fees (Damages) | $ 7,326.54 |
| Investigative Services | $ 13,090.15 |
| Transportation (Airfare, Auto, Meals, Lodging) | $ 1065.72 |
| **Total** | **$ 25,291.43** |