## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OH

| | |
|---|---|
| Bai,<br><br>    Plaintiff(s),<br>v.<br><br>TCP International Holdings Ltd., et al.,<br><br>    Defendant(s). | Date: February 1, 2018<br><br>Judge Donald C. Nugent<br><br>Court Reporter: ~~None~~ HEIDI GEIZER<br><br>Case Number: 1:16 CV 102 |

Counsel in open court. No objection to settlement. Court to sign Doc #86 – the final judgment.

Length of Proceeding: 10 min

*Donald C. Nugent 2/1/18*
United States District Judge